NUMBER 13-02-157-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________


ROBERT LARA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 117th District Court 


of Nueces County, Texas.


________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam


 Appellant, Robert Lara, perfected an appeal from a judgment entered by the
117th District Court of Nueces County, Texas, in cause number 01-CR-2647-B. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of July, 2002.